**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BOSIT BOMMARITO, III, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-204 |
| BELLE CHASSE MARINE TRANSPORTATION, LLC, ET AL | SECTION: L (5) |

# JUDGMENT

Considering the Court's Findings of Fact and Conclusions of Law entered herein on June 7, 2022:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claim for vessel negligence under § 905(b) of the LHWCA is within the Court's admiralty jurisdiction because Mr. Bommarito's injuries were caused by a vessel on navigable water, the incident had a potentially disruptive impact on maritime commerce, and Mr. Bommarito was engaged in work that had a substantial relationship to traditional maritime activity when he was injured.

IT IS FURTHER ORDERED that Defendants are liable for vessel negligence in their capacity as the vessel owner because they breached (1) the active control duty, by failing to prevent injuries to Mr. Bommarito due to hazards under the control of the vessel; and (2) the duty to intervene, by failing to intervene in Mr. Bommarito's operations even though they knew of the hazards and knew that Mr. Bommarito was instructed or expected to follow a dangerous procedure despite the hazards.

IT IS FURTHER ORDERED that Plaintiffs are entitled to damages including survivor damages for Mr. Bommarito's pain and suffering; loss of consortium due to Mr. Bommarito's wrongful death; loss of support; estate expenses; and past medical expenses. The total amount of

damages is $575,668.09, plus pre-judgment interest at 3.5% (compounded annually) for the period between Mr. Bommarito's death on March 15, 2021 and the date of this Judgment, and post-judgment interest, at the judicial rate, from the date of this Judgment until paid. These damages are to be apportioned as described in the "Damages" section of the Court's Findings of Fact and Conclusions of Law.

New Orleans, Louisiana, this 8th day of June, 2022.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**